431 F.Supp.2d 1322

VWP OF AMERICA, INC., Plaintiff, v. THE UNITED STATES, Defendant.

Court No. 93–12–00803

### *JUDGMENT ORDER*

MUSGRAVE, Judge: Further to the second remand of the Court of Appeals for the Federal Circuit in *VWP of America, Inc. v. United States*, 117 Fed. Appx. 113, 2004 WL 2676667 (Fed. Cir. 2004), and the parties, following lengthy discussions, having agreed to settle this matter; now, therefore, it is hereby

ORDERED that the U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

ORDERED that each party shall bear its own costs and expenses; and it is further

ORDERED that this action is dismissed as settled.

## Schedule A

Port: Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| 93–12–00803 (12/16/93) | 0101–93–100039 | 551–1066063–0 | 12/09/92 |
| | | 551–1972466–8 | 12/01/92 |
| | | 551–1972461–9 | 12/01/92 |
| | | 551–1972455–1 | 12/02/92 |
| | 0101–93–100047 | 551–1066192–7 | |
| | | 551–1066195–0 | |
| | | 551–1066078–8 | |
| | | 551–1066088–7 | 01/06/93 |
| | | 551–1074524–1 | 01/06/93 |
| | | 551–1066099–4 | 12/09/92 |
| | | 551–1066106–7 | 12/10/92 |
| | | 551–1066114–1 | 12/14/92 |
| | | 551–1066128–1 | 12/14/92 |
| | | 551–1066131–5 | 12/15/92 |
| | | 551–1971264–8 | 12/15/92 |
| | | 551–1971269–7 | 12/16/92 |
| | | 551–1971273–9 | 12/18/92 |
| | | 551–1066158–8 | 12/21/92 |
| | | 551–1066139–8 | 12/23/92 |
| | | 551–1074691–8 | 12/24/92 |
| | | 551–1066169–5 | 01/04/93 |
| | | 551–1971474–3 | 01/04/93 |
| | | 551–1066212–3 | 01/04/93 |
| | | 551–1066220–6 | 01/05/93 |
| | | 551–1066230–5 | 11/17/92 |
| | | 551–1066245–3 | 01/08/93 |
| | | 551–1066256–0 | 01/18/93 |
| | | 551–1066266–9 | 01/18/93 |
| | | 551–1066280–0 | 01/18/93 |
| | | 551–1066180–2 | 01/18/93 |
| | | 551–1066310–5 | 01/20/93 |
| | | 551–1066324–6 | 01/20/93 |
| | | 551–1066337–8 | 12/31/92 |
| | | 551–1066349–3 | 01/22/93 |
| | | 551–1066365–9 | 01/26/93 |
| | | | 01/27/93 |
| | | | 01/29/93 |
| | | | 02/01/93 |